UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60531-CIV-SINGHAL

ELISA RAQUEL LARA RAMIREZ,

Plaintiff,

v.

JOSEPH B. EDLOW, *et al.*,

Defendants.
_________________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon the parties' Stipulation to Dismiss (DE [16]) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having reviewed the Stipulation and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF